798 A.2d 1244

IN THE MATTER OF ANTHONY N. VERNI,
AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–245, concluding that **ANTHONY N. VERNI** of **WEST ORANGE,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months for violating *RPC* 1.5(a) (excessive fees), and *RPC* 8.1(a) (false statement of material fact to disciplinary authorities), and good cause appearing;

It is ORDERED that **ANTHONY N. VERNI** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective July 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.